UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BOWEN,

     Plaintiff,

v.

                                                  Case Number 25-cv-14023
                                                  Honorable Linda V. Parker

WILLIAM K. MARSHALL, III,
BUREAU OF PRISONS' DESIGNATION
AND SENTENCE COMPUTATION CENTER,
and PAM BONDI, United States
Attorney General,

     Defendants,

_____/

**OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE COMPLAINT (ECF NO. 6) AND DISMISSING ACTION**

Plaintiff Edward Bowen, confined at the Federal Correctional Institution in Milan, Michigan, filed a pro se civil rights Complaint on December 15, 2025. The Court subsequently received a letter from Plaintiff, in which he asks the Court to strike his Complaint. (ECF No. 6.) The Court construes the letter as a motion to voluntarily dismiss his Complaint. *See Neu v. Adams Cnty. Jail*, No. 1:12-CV-185, 2012 WL 3878717, at *1 (S.D. Ohio Sept. 6, 2012), *report and recommendation adopted*, No. C-1-12-185, 2012 WL 5378303 (S.D. Ohio Oct. 31, 2012). For the reasons stated below, the Court is granting Plaintiff's motion and dismissing his Complaint without prejudice.

1

Pursuant to Federal Rule of Civil Procedure 41(a), before service by the adverse party of an answer or motion for summary judgment, a plaintiff may dismiss an action without a court by filing a notice of dismissal.  Here, Plaintiff requested to voluntarily dismiss his Complaint before Defendants were even served, much less before they answered or filed a summary judgment motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to strike the Complaint (ECF No. 6) is **GRANTED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 5, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 5, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

2